IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

BENJAMIN GORDON WHITE &         CASE NO. 11-31881-KKS
KATHLYN C. WHITE,                           Chapter 7

    Debtor,

---

## NOTICE OF FILING

COMES NOW, First City Bank of Florida, by and through its undersigned attorneys, and files this Notice showing the filing of the attached Motion for Order Approving Stipulation for Settlement and Request for Hearing in the Adversary Proceeding, Case No. 12-03030-KKS, on March 6, 2013.

                                              /s/ Philip A. Bates
                                              Philip A. Bates
                                              Florida Bar No.: 228354
                                              Sarah S. Walton
                                              Florida Bar No.: 0049954
                                              Philip A. Bates, P.A.
                                              Post Office Box 1390
                                              Pensacola, FL 32591-1390
                                              Telephone: (850) 470-0091
                                              Facsimile: (850) 470-0441
                                              pbates@philipbates.net
                                              swalton@philipbates.net
                                              Attorneys for First City Bank

## CERTIFICATE OF SERVICE

The following parties were serviced either by electronic or standard first class mail, postage prepaid, on the 6th day of March, 2013.

Benjamin G. White &
Kathlyn C. White
4194 Mainsail Drive
Niceville, FL 32578
Debtors (regular U.S. mail)

Harold F. Peek, Jr.
hpeeklaw@valp.net
Counsel for Debtors

Sherry Chancellor
sherry.chancellor@yahoo.com
Chapter 7 Trustee

United States Trustee
Charles.Edwards@usdoj.gov

All creditors listed on the attached Matrix.

PHILIP A. BATES

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

BENJAMIN GORDON WHITE &       CASE NO. 11-31881-KKS
KATHLYN C. WHITE,      Chapter 7

    Debtor,

---

FIRST CITY BANK OF FLORIDA

    Plaintiff,

v.      Adversary Proceeding
     CASE NO. 12-03030-KKS

BENJAMIN GORDON WHITE &
KATHLYN C. WHITE

    Defendants.

---

**MOTION FOR ORDER APPROVING STIPULATION FOR SETTLEMENT
AND REQUEST FOR HEARING**

COMES NOW, Creditor, First City Bank of Florida ("Creditor"), and Debtors, BENJAMIN GORDON WHITE & KATHLYN C. WHITE ("Debtors") and hereby file this stipulation for settlement in this case, and request that this Court, upon notice and hearing, which hearing is hereby requested, enter an Order approving settlement according to the terms stated herein and show as follows:

1. On or about November 30, 2011, the Debtors filed their Voluntary Chapter 7 Bankruptcy Petition ("Petition") in Case No. 11-31881-LMK.

2. On or about January 11, 2012, Creditor filed its Motion and Memorandum in Support of Motion of First City Bank of Florida for Order Extending Time for Filing Complaints Objecting to Discharge and Dischargeability in the Debtors' bankruptcy case, which extension was granted.

3. On or about June 12, 2012, Creditor filed this Adversary Proceeding including an amendment thereto on July 5, 2012 ("Complaint"), which Complaint alleged that the Debtors should be denied a discharge under 11 U.S.C. § 727(a)(2)(4) & (5).

4. Prior to the Petition Date and on November 17, 2010, Creditor obtained a Final Judgment against the Debtors and others, including the Debtors' company, KG & RD Developers, LLC ("Company") in the amount of $868,381.55 plus interest to accrue with respect to a loan made to the Company and secured by real property owned by the Company ("Company Property").

5. Since the date of the filing of the Final Judgment and up to the Petition Date, Creditor pursued collection and enforcement of its Judgment.

6. According to the Petition and the Debtors' filings in the underlying bankruptcy case, the Debtors own 100% interest in the Company, they have indicated their intent to surrender that interest, and the only asset of the Company is the Property.

7. The Complaint alleges fraudulent transfer of other real property scheduled as and known as "Villa Tasso" and fraudulent transfer of personal property, and false oaths in connection with the Debtors' Bankruptcy proceedings, and the Debtors' failure to satisfactorily explain their loss of assets, including as to insiders. Since the filing of the Complaint, the Debtors have transferred Villa Tasso to the estate and that property was sold by the Chapter 7 Trustee at

auction to the successful bidder, First City Holdings, the Creditor's designee.

8. The parties have engaged in limited discovery in this case, and through counsel have agreed to settlement subject to Court approval upon the following terms:

a. Debtors will execute a deed-in-lieu of foreclosure on behalf of the Company, including the execution of all documents deemed necessary or required by Creditor to effectuate transfer of Company Property to Creditor or its designee;

b. Debtors will remit collected funds in the amount of $3,500.00 to Creditor within 10 business days of this Court's approval of settlement, if approved;

c. Creditor and Debtors agree that this action and Creditor's objection to the Debtors discharge be resolved upon the Debtors' compliance with the terms of this settlement; and

d. Creditor agrees to record a release and/or cancellation of mortgage against the Company Property within a reasonable time of the Debtors' compliance with the terms of this settlement.

9. Although settlements of discharge actions are subject to heightened scrutiny [*In re Almengual,* 301 B.R. 902, 908 (2003)], the Eleventh Circuit in *In re Justice Oaks II, Ltd.,* 898 F. 2d. 1544, 1549 (1990) held that a bankruptcy court must consider the following factors when deciding whether to approve or disapprove a settlement: (a) The probability of success in the litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises. The *Justice Oaks* factors apply to settlement in this case. *See, In re Almengual* at 910 (2003).

10. The parties submit that:

    a. It is probable that the Creditor would have been successful under one section of 11 U.S.C. § 727(a)(2)(4) or (5);

    b. In light of the parties history, continued collection efforts as against the Debtors would be difficult;

    c. The legal issues involved are complex and require fact intensive findings and analysis, and continued litigation will significantly delay the administration of the Debtors' estate;

    d. Settlement is in the best interest of all creditors and the estate. The parties understand that the Chapter 7 Trustee has no objection to settlement and reliance on the pendency of this action by other creditors is not reasonable as no other creditor sought an extension of time to object to discharge.

11. Counsel for the Creditor and counsel for the Debtors submit that settlement according to the terms described herein is in the best interest of the Debtors and of the parties, and that in light of the circumstances in this case, including but not limited to the Debtors' and the Company's prior dealings with Creditor, this settlement is fair and equitable and in the best interest of the estate.

12. It is further submitted that upon consent of this Court, the Chapter 7 Trustee, the U.S. Trustee, and/or any other creditor, may continue to prosecute this cause of action if so desired.

WHEREFORE, First City Bank of Florida and BENJAMIN GORDON WHITE & KATHLYN C. WHITE, respectfully requests a hearing on this matter and that this Court approve this Stipulation for Settlement.

HAROLD F. PEEK, JR.

By: _____
Harold F. Peek, Jr.
Florida Bar No. 164290
hpeeklaw@valp.net
Counsel for Debtors

PHILIP A. BATES

By: _____
Philip A. Bates
Florida Bar No. 228354
Philip A. Bates, P.A
pbates@philipbates.net
Counsel for Creditor

## CERTIFICATE OF SERVICE

The following parties were served either by electronic or standard first class mail, postage prepaid, on this 6th day of March, 2013:

Benjamin G. White &
Kathlyn C. White
4194 Mainsail Drive
Niceville, FL 32578
Debtors (regular U.S. mail)

Harold F. Peek, Jr.
hpeeklaw@valp.net
Counsel for Debtors

Sherry Chancellor
sherry.chancellor@yahoo.com
Chapter 7 Trustee

United States Trustee
Charles.Edwards@usdoj.gov

PHILIP A. BATES

```
Label Matrix for local noticing          Eglin Federal Credit Union              Recovery Management Systems Corporation
1129-3                                    838 Eglin Parkway NE                    25 S.E. 2nd Avenue, Suite 1120
Case 11-31881-KKS                         Fort Walton Beach, FL 32547-2781 United Miami, FL 33131-1605
Northern District of Florida
Pensacola
Wed Mar  6 14:20:22 EST 2013

*First City Bank of Florida              American Express                        American Express Bank FSB
c/o Philip A. Bates                      PO Box 297879                           c/o Becket and Lee LLP
P.O. Box 1390                            Fort Lauderdale, FL  33329-7879         POB 3001
Pensacola, FL 32591-1390                                                         Malvern  PA 19355-0701


Bank Of America                          Bank Of America, N.a.                   CBS Collection Division
Attn: Bankruptcy NC4-105-02-77           PO Box 45144                            PO Box 3227
PO Box 26012                             Jacksonville, FL  32232-5144            Tuscaloosa, AL  35403-3227
Greensboro, NC  27420-6012


Cbsi                                     Chase                                   Daniel B. Young
550 Greensboro Ave Ste 3                 PO Box 15298                            1716 Union Ave
Tuscaloosa, AL  35401-1584               Wilmington, DE  19850-5298              Niceville, FL  32578-3627


Daniel B. Young                          Eglin Federal Cr Union                  First City Bank Of Florida
222 Yacht Club Dr                        838 Eglin Pkwy NE                       135 Perry Ave SE
Niceville, FL  32578-3716                Ft Walton Bch, FL  32547-2781           Fort Walton Beach, FL  32548-5552


First City Bank Of Florida               GE Capital Retail Bank                  GEMB/Dillards, DC
C/O John S. Mead, Esq.                   c/o Recovery Management Systems Corp    Attn: Bankruptcy Dept.
PO Box 1329                              25 SE 2nd Ave Suite 1120                PO Box 103104
Fort Walton Beach, FL  32549-1329        Miami FL 33131-1605                     Roswell, GA  30076-9104


Gecrb/Banana Republic                    Gecrb/Dillards Dc                       Jefferie L. Skinner
PO Box 981400                            PO Box 965005                           435 County Highway 22
El Paso, TX  79998-1400                  Orlando, FL  32896-0001                 Detroit, AL  35552-2917


John S. Mead, Esq.                       Knights Crossing                        Megan R. White
PO Box 1329                              12440 Golden Knight Cir                 153 Winfield St
Fort Walton Beach, FL  32549-1329        Orlando, FL  32817-8303                 Niceville, FL  32578-8128


Midland Funding LLC                      Military Star                           Randall K. Skinner
By its authorized agent Recoser, LLC     3911 S Walton Walker Blvd               435 County Highway 22
25 SE 2nd Ave, Suite 1120                Dallas, TX  75236-1509                  Detroit, AL  35552-2917
Miami, FL 33131-1605


Sears Credit Cards                       Talbots                                 Talbots
PO Box 6283                              1 Talbots Dr                            175 Beal St
Sioux Falls, SD  57117-6283              Hingham, MA  02043-1583                 Hingham, MA  02043-1512
```

Tyler J. White
12440 Golden Knight Cir
Orlando, FL 32817-8303

Tyler J. White
12440 Golden Knight Cir Bldg 4 # 30
Orlando, FL 32817-8303

United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

Usaa Federal Savings Bank
PO Box 33009
San Antonio, TX 78265-3009

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Benjamin Gordon White
4194 Mainsail Drive
Niceville, FL 32578-4514

Harold F. Peek Jr.
Law Office of Harold F. Peek, Jr.
P.O. Box 36
Valparaiso, FL 32580-0036

Kathlyn C. White
4194 Mainsail Drive
Niceville, FL 32578-4514

Sherry Chancellor
Law Office of Sherry F. Chancellor
619 West Chase St.
Pensacola, FL 32502-4711

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wells Fargo Home Mortgage
8480 Stagecoach Cir
Frederick, MD 21701-4747

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First City Bank of Florida

(d)Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

End of Label Matrix
Mailable recipients    38
Bypassed recipients     2
Total                  40